The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10301
Tel. 212 286 0173
Fax 212 481 8250

January 4, 2024

Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:  United States v. Franklyn Sterling
                         Cr. Docket No. 22-247 (EK)

Dear Judge Komitee:

     I represent Mr. Sterling who is to be sentenced in the above-referenced matter on January 18, at 10:00 a.m.  For the reasons stated below, Mr. Sterling should be sentenced to the mandatory minimum terms of imprisonment and supervised release.

### STATEMENT OF THE CASE

     Mr. Sterling's history has been set forth at some length in both the presentence report (PSR) and ███████ ██████████ ████████ ████████ ████████.[1] From these reports, the following time line and facts emerge:

- Mr. Sterling was born in 1982 and is presently 41 years old

- He was born in Panama

- Soon after his birth, both parents relocated to the United States, leaving Mr. Sterling behind

- Mr. Sterling's father was enlisted in the United States

---

[1] ████ ██████ ████ ███████ ████ ██████ ████████ ████ Mr. Sterling does not endorse that verdict and leaves open the prospect, for example, of challenging the sufficiency of the evidence on appeal.

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 2

        Army; he fathered two children apart from Mr. Sterling's mother, half-siblings Ronaldo, now 39, and Crystal, now in her early 30's

- Until age 5, Mr. Sterling was placed in the care of his impoverished maternal grandmother; Mr. Sterling shared a bed with seven others; the residence had no running water

- At 5, Mr. Sterling moved to New York and then other locations in the United States and lived with his parents until age 7, when he was returned to Panama and his grandmother's residence

- At 7, in 1989, after Mr. Sterling's return, the United States invaded Panama; Mr. Sterling was fearful of the U.S. soldiers stationed close to his residence and recalled the toppling of buildings during missile attacks[2]

- Mr. Sterling attended grade school at Enrique Geenzsier, described as "an academic placement of 'last resort' for children from low-income homes"

- Mr. Sterling's parents had two more children, full siblings Tiffany now 33, and Gregory, now 29

- Mr. Sterling's father was briefly re-positioned to Panama when Mr. Sterling was 13; Mr. Sterling and Tiffany lived with him

- Mr. Sterling attended seventh grade at Curundu Junior High School, a military-run facility; his fellow students were mostly white Americans; he performed poorly and was placed in "special needs" classes for non-English speakers

- The next year, when Mr. Sterling was 14, his father was re-positioned to Georgia; Mr. Sterling and Tiffany joined

---

[2] "[I]n the invasion, neighborhoods in Panama City were bombarded and hundreds, perhaps thousands of civilians were killed. It was estimated that 14,000 were homeless."  Zinn Education Project, Dec. 20, 1989: Invasion of Panama.

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 3

him

- Mr. Sterling continued to perform poorly in school and was required to enroll in ESL classes; there were also behavioral issues and truancy

- At age 15, in 1997, his parents divorced and Mr. Sterling moved to New York to live with his mother; Tiffany remained in Georgia with her father

- Mr. Sterling's mother had a gambling addiction and was frequently broke; Mr. Sterling was essentially homeless (sleeping on trains and at others' residences) and the time in New York proved to be a "difficult transition" (PSR at ¶34)

- Mr. Sterling was enrolled at Fort Hamilton High School, in Brooklyn but did not graduate; it was determined that Mr. Sterling had a learning disability though the extent of his cognitive difficulties was never fully investigated

- Mr. Sterling moved back to Panama at age 18, in 2000

- Mr. Sterling began using marijuana and did so daily for the next 14 years

- At age 19, in 2001, Mr. Sterling was arrested in the Panama City airport with 26 kilograms of cocaine headed for Newark, New Jersey; he was imprisoned for four years

- During the early portion of the term of imprisonment, Mr. Sterling had a relationship with Migdalia Maud that produced one child, Keymariz, now 22 (a photograph of her is attached as **Exhibit B**)

- Mr. Sterling served his term of imprisonment at the notorious La Joya and Nueva Esperanza prisons, where over the course of his full term he was stabbed in the head by another inmate, witnessed murders, rape, assault and torture, was subject to inhumane conditions and developed an intense cocaine habit as a measure of self-defense (to

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 4

stay awake) against would-be attackers[3]

- Upon release, Mr. Sterling attended residential substance abuse treatment

- At age 23, in 2005, Mr. Sterling moved back to Brooklyn to live with his mother

- From 2005 to 2009, Mr. Sterling had a relationship with Yamaris Hernandez resulting in one child, also Franklyn, who is now 18 (a photograph of him is attached as **Exhibit C**)

- From 2009 to 2011, Mr. Sterling had relationships with two women, each resulting in one child, ███████ ████████████████████████████████████████████ ██████████████

- Beginning at the age of 26, from 2009 through 2015, Mr. Sterling maintained employment as, *inter alia*, an electrician, a forklift operator, and a truck driver

- During this time, Mr. Sterling was using cocaine daily and drank a liter of Hennessy daily

- In or around 2015, Mr. Sterling and Jovanni Sherrod, whom he had dated off-and-on since 2010, had a child, ████████ ███ █ █████ ██ ███████████████████ █████ ████ ████████████████████████████████████ ██████████████████████████████████ ██; Mr. Sterling has lost contact with them

- At age 32, in 2015, in federal court in Vermont, Mr. Sterling was convicted of distributing 67.3 grams of

---

[3]    Video of the deplorable conditions is available on YouTube: As to La Joya 8 years ago – https://www.youtube.com/watch?v=5OwRWD_iiZw; as to New Hope Central Penitentiary 11 years ago – https://www.youtube.com/watch?v=C5a9V7xy9p0.

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 5

> heroin -- in an effort to support his own cocaine habit -- and was sentenced to 20 months' imprisonment

- While in prison, Mr. Sterling successfully completed a drug treatment program, which included both group and individual sessions (certificate of completion attached as **Exhibit H**)

- Mr. Sterling obtained his GED while in prison

- Two months after his release, while on house arrest, Mr. Sterling was re-arrested and detained for nearly two years on federal (SDNY) charges related to a 2008 murder; the charges were unfounded and dismissed in May 2019

- Following his release from the MDC, Mr. Sterling was referred by his primary-care physician to Brookdale Hospital ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

- As part of his ████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

- During the summer of 2019, Mr. Sterling attended and successfully completed a three-month out-patient drug treatment program at TRI Center in Brooklyn (certificate of completion attached as **Exhibit I**); he has been sober since

- Since 2019, Mr. Sterling has been in a relationship with Lizette Rivas; no children have been born of this relationship but Lizette's three children – 21, 14 and 10 years old – consider Mr. Sterling their father figure

---

4 ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 6

- Beginning in March 2020 and for nearly three years until his remand in this matter, Mr. Sterling was employed at Ed Garcia Construction, performing demolition and construction-related tasks

- Mr. Sterling was remanded on February 27, 2023 (following the guilty verdict) and has been detained at the Metropolitan Detention Center (MDC) since; he has incurred no disciplinary violations and has completed various course work including conflict resolution, business ethics, CDL, and the following corporate skills: leadership and influence, developing creativity, entrepreneurship, time management, and marketing basics (certificates of completion attached as **Exhibit J**); despite his repeated requests, Mr. Sterling has received no psychological treatment

- Mr. Sterling, an asthmatic, has been detained in Unit 52 of the MDC; on July 10, 2023, other Unit 52 inmates demanded to meet with a Lieutenant as to short-staffing and the resulting lockdown conditions; 25-30 officers joined the Lieutenant; the interaction deteriorated; the Lieutenant concluded: "talking time is over, shoot them"; Mr. Sterling, in his cell and a bystander to the proceedings, and roughly 60% of Unit 52, were shot with rubber pellets and pepper sprayed; Mr. Sterling, shot in the face and body, suffered a panic/asthmatic attack; medical staff was summoned hours later and made a cursory examination of Mr. Sterling and the others injured but there was no follow-up; pepper spray was ambient for days thereafter; the Unit was placed on 90 days' lockdown; due to other problems, as of yesterday, Unit 52 was back on lockdown (and staff in charge of visiting complained of "short-staffing" to explain why it took nearly three hours to get Mr. Sterling down to meet with counsel)

- Mr. Sterling's children and their mothers, except for Ms. Sherrod ████ ████████, are aware of Mr. Sterling's conviction here and remain supportive.

████████ ████ ████ ████ ████ ████ ████ ███
██████ ████ ████ ████ ████ ████ ████ █████
██████ ████ ████ ████ ████ ████ ████ ████

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 7



Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 8



Attached hereto (as **Exhibit K**), is a letter from Junior Garcia, a friend and Mr. Sterling's employer for the three years prior to remand. Mr. Garcia extolled Mr. Sterling's family values, his charitable and community-based deeds and his work ethic. Indeed, "it would be his greatest honor to employ him again and restore him to his position." He also noted that the false arrest and detention from 2017-2019 had a "significant impact" on Mr. Sterling leading him into mental and emotional difficulties. This belief was echoed by Mr. Sterling's girlfriend, Lizette, and his sister, Tiffany, in their interviews with ████████ Ex. A at 10-11. Both women said that "something traumatic happened to him" during that prison stint.

Attached hereto (as **Exhibit L**) is a letter from Yolana Dolphy addressing Mr. Sterling's "selfless goodwill activities" for the community, especially its children. The letter is signed by many members of the "supporting community."

## DISCUSSION

### THE MANDATORY MINIMUM TERMS SHOULD BE IMPOSED

Mr. Sterling was convicted after a jury trial of attempted possession with intent to distribute cocaine in violation of 21 U.S.C. §§841(b)(1)(B), 846, which carries a statutory range of imprisonment of five to forty years.

Pursuant to 18 U.S.C. §3553(a)(2), this Court is required to "impose a sentence sufficient, but not greater than necessary" to comply with generally recognized purposes of sentencing, including the need:

    A)   to   reflect   the   seriousness   of   the

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 9

                    offense, to promote respect for the law, and to provide just punishment for the offense;

      B)    to afford adequate deterrence to criminal conduct;

      C)    to protect the public from further crimes of the defendant; and

      D)    to provide the defendant with needed education or vocational training, medical care, or other correctional treatment in the most effective manner.

Among other things, the sentencing court is also required to consider: the Sentencing Guidelines, the nature and circumstances of the offense, the history and characteristics of the defendant and the need to avoid unwarranted disparities.   18 U.S.C. §§3553(a)(1), (a)(4), (6).

<u>The Guidelines</u>

A district court should begin all sentencing proceedings by calculating the applicable Guidelines range.   <u>Gall</u> v. <u>United States</u>, 552 U.S. 38, 49 (2007).   The Guidelines provide the "starting point and the initial benchmark" for sentencing.   <u>Id.</u>

Maolin Li, a senior forensic chemist with the DEA, testified at trial that the substance at issue was cocaine and that it weighed 5,015.2 grams (T. 350-54).[5]   Were the jury to have fully credited that amount it would have found Mr. Sterling guilty of the charged offense, 21 U.S.C. §841(b)(1)(A), requiring five kilograms or more of cocaine.   But it did not.   Instead, the jury found Mr. Sterling guilty of the lesser included offense, 21 U.S.C. §841(b)(1)(B), requiring 500 grams or more of cocaine.[6]   Given the

_____

[5]

The Probation Office listed "5.052 kilograms" (¶11), which is slightly more and may be a typo.

[6]

Neither party asked the jury to determine whether the amount was less than 500 grams warranting a (b)(1)© conviction, carrying

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 10

verdict, the base and total offense level should be 24 (not 30 as
set forth in the PSR at ¶11) corresponding to 500 grams but less
than 2 kilograms of cocaine.

Mr. Sterling has no objection to the criminal history
computation as set forth in the PSR at ¶¶21-24, resulting in a
criminal history category of II.[7]  The advisory Guidelines range of
imprisonment, thus, is 57-71 months.

<u>The Nature and Circumstances of the Offense</u>

To be sure, even attempted possession of five hundred or more
grams of cocaine (as opposed to five thousand) points to intended
distribution and not personal use and was thus a serious criminal
offense.  At bottom, however, this was a garden-variety federal
drug case with no distinguishing characteristics, as evidenced by
the lack of any applicable Guidelines enhancements.  Of special
note, fentanyl was not involved.  There were no guns (the most
common "tools of the trade") or other weapons.  There was no
violence of any kind.  And, no leadership points were assessed.

_____

no mandatory minimum prison term.  Given, however, that the jury
discredited the chemist to a degree unknown, had the jury been
asked to decide among all weight options, there is at least a
possibility that it would have found (b)(1)© weight.

[7]     Mr. Sterling objects, however, to ¶82 of the PSR suggesting
that an upward departure may be warranted based on the prior
Panamanian conviction, citing USSG §§4A1.2(h) and 4A1.3.  First,
Mr. Sterling committed the offense on May 14, 2001 and was
sentenced to 4 years' imprisonment.  PSR at ¶21.  He was released
presumably in 2005.  The instant offense was committed in late
2022, which is more than 15 years following his release.  As such,
it is barred under USSG §4A1.2(e)(3).  Further, an upward departure
would require a finding based on "reliable information" that the
defendant's criminal history category is "substantially under-
represent[ed].  USSG §4A1.3(a)(1).  In that regard, the charges of
conviction are "unknown" (PSR at ¶21) and at trial the government
appeared to have no "evidence" concerning it or the source of the
drugs at issue in the Vermont conviction (T. 439).  As such, there
is no "reliable information" and it cannot be known if the
conviction somehow renders the criminal history category a
substantial under-representation.

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 11


   The History and Characteristics of the Defendant

   I strongly disagree with the Probation Department's statement
in its recommendation that "[t]he defendant was raised under
unremarkable circumstances."

   Soon after birth Mr. Sterling was abandoned by his parents,
who left Panama for the United States.  At that time Mr. Sterling
was their only child.  He was raised in abject poverty by his
maternal grandmother who was caring for at least six other
children, all of whom slept with Mr. Sterling in a single bed.  The
residence had no running water.  While he was re-united with his
parents in the United States at the age of 5, he did not even know
them, they were utter strangers to him, and, in any event, he was
only with them for about a year before he was sent back, alone, to
the squalor.  Soon thereafter, the United States invaded Panama.
U.S. soldiers were stationed nearby and missile strikes were
constant.  Mr. Sterling, just 7, was consumed with fear.  When old
enough to attend school, he was sent to a school "of last resort"
for children of "low-income homes."  Contrary to the Department's
views, ███ ████████ and I find this history highly remarkable and
relevant to mitigation of the instant offense.

   Nor did his living conditions, schooling or life experiences
improve throughout his teen-age years.  His father returned to
Panama for a year when Mr. Sterling was 13.  Again, Mr. Sterling
was taken from the only home he knew, such as it was, and lived
with his father that year.  He was taken out of the "last resort"
school and placed in a military-run school mostly for white
American children. He performed poorly.  The next year, his father
was re-positioned to Georgia.  Mr. Sterling was constrained to make
the move, as well, but, as a teenager, the instability of his
upbringing (mother, father, grandmother?, Panama, US? and if US,
where and for how long?) was taking a greater toll.  He performed
poorly in his new school, as well, where his difficulty with
English continued.  But, there were also behavioral issues and
truancy. So, too, there were serious problems at home.  Within the
first year, the parents were divorced.  Tiffany stayed with her
father in Georgia; Mr. Sterling and his mother moved to New York
City, which, not surprisingly, proved to be the most "difficult" of
all the transitions.

   Mr. Sterling's mother had a gambling addiction.  Whatever

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 12

home-health-aid money she earned, she lost.  Rent was not paid,
they were evicted and homeless.  Mr. Sterling slept on subway
trains or, when fortunate, the couch of a friend.  While enroled in
high school in Brooklyn, he continued to perform poorly and it was
discovered that he suffered from a learning disability, the
severity of which was never determined because no parent or
guardian cared enough about him, or had the resources, to look into
it.  He did not finish high school.

     As noted, ███ ███ and I find the manner in which Mr.
Sterling was "raised," if that is even a fair term, is highly
remarkable and central to understanding his criminal exploits to
come.

     Of his own accord, at 18, Mr. Sterling left New York and
returned to Panama, where he started using marijuana daily, a form
of self-medication, and a habit that would continue for the next 14
years.  At 19, he was arrested in the Panama City airport with
cocaine destined for Newark, New Jersey.  He was imprisoned for
four years in two infamous prisons, known for deplorable conditions
and brutality.  In these prisons, Mr. Sterling became addicted to
cocaine, which he took in an effort to stay awake and keep an eye-
out for potential assailants.  This specious tactic proved
unsuccessful in both the short and long terms.  Mr. Sterling was
still stabbed in the head on one occasion.  On countless instances
he also observed violence against others, including murder, rape,
torture and otherwise brutal assaults.  The addiction would prove
persistent and the memories of these events and the conditions
still haunt him.

     At least recognizing the addiction, Mr. Sterling entered a
rehabilitation program upon release.  While he successfully
completed the program, he was unable then to achieve lasting
sobriety.

     At 23, Mr. Sterling moved back to Brooklyn and lived with his
mother.  From then until age 32, nearly ten years, Mr. Sterling was
for the first time in his life, somewhat stable (but for the
addiction issues).  He enjoyed various long-term romantic
relationships leading to several children and he held down long-
term employment as an electrician, a forklift operator and a truck
driver, among other vocations.  But the daily marijuana, cocaine
and liter-per-day Hennessy cost him dearly.  In an effort to
sustain these addictions, at 32, he distributed both heroin and

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 13

cocaine.  He was arrested and convicted in federal court in Vermont.  He served 20 months' imprisonment.

Showing marked maturity, Mr. Sterling used the time productively.  He successfully completed a drug-treatment program and earned his GED.  Sadly, not long after his release and while on house arrest, he was re-arrested and charged with a 2008 murder, which he did not commit.  Mr. Sterling spent nearly two years in detention until the death-eligible charges were dismissed.  This term of detention, especially as the charges were unfounded, revived the horrors of his imprisonment in Panama.  Mr. Sterling left detention with ██████████████████████████████████████ ████████████ ███████ ████████ ██████ █████ ██████████████ ██████████████████████████████████████████████████

Again, however, showing maturity and a determination to get well, Mr. Sterling entered treatment.  In the summer of 2019, he completed a three-month out-patient drug treatment program at TRI Center in Brooklyn.  He has been sober since.  In addition, he spent four years in treatment at Brookdale Hospital for ████

As to this remarkable history, Dr. Bardey came to the conclusion that Mr. Sterling suffers chiefly from ████████



Ex. A, at 14.

Apart from the ill-effects of ██████, Mr. Sterling's character is excellent.  All of those closest to him remark upon his good and

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 14

caring nature and his proven desire to improve conditions for
neighborhood children.  He is a positive role model to his children
and Lizette's and he is a valued employee at Ed Garcia
Construction, whose owner has promised to re-employ him upon
release.

<u>Unwarranted Disparities</u>

As already noted, this was a garden-variety federal drug case
with no distinguishing characteristics, as evidenced by the lack of
any applicable Guidelines enhancements, and Mr. Sterling is in
criminal history category II, a relatively low category.  As such,
there is no reason he should be sentenced in excess of the average
powder cocaine defendant nationwide, which is to say, at or about
the mandatory minimum term of 60 months.  <u>See</u> Sentencing Commission
Statistics for 2022, Figure D-3 (average sentence for powder
cocaine was 68 months and the median sentence was 60 months); <u>see
also</u> Table D-14 (39.4% of powder cocaine defendants received
downward variance).

<u>The Parsimony Clause</u>

A sentence of five years' imprisonment would reflect the
seriousness of the offense and provide just punishment, especially
as it is a Guidelines sentence, and as noted this was a garden-
variety federal drug crime with no aggravating circumstances and no
aggravating role on Mr. Sterling's behalf.  For the same reasons,
said term would afford general deterrence to criminal conduct.  18
U.S.C. §3553(a)(2)(A), (B).  Moreover, a minimum term of
imprisonment, or even less, would also recognize that Mr. Sterling
spent nearly two years in detention, facing unfounded death-
eligible murder charges, time which has not been credited toward
any conviction.

In addition, a five-year term, more than any other term
previously served by Mr. Sterling, and including at least a year at
our own local notorious detention center – where on July 10, 2023,
Mr. Sterling was shot with rubber pellets and pepper sprayed –
will protect the public from further crimes by Mr. Sterling.  18
U.S.C. §3553(a)(2)©.  Indeed, even time-served may be sufficient.
As ████  ██████ explained, Mr. Sterling is not at "risk for
dangerousness or recidivism" based ████████ ████████ ████████ ████
████████ ████████ ████ ████ ████ ████ ████████ ████ ████ ████ ████

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 15



    Last, in prison, Mr. Sterling will not receive the type of
psychiatric care Dr. Bardey recommends.  Thus, the term of
imprisonment imposed need not be more than the minimum to address
"correctional treatment," the final component of the parsimony
clause.  18 U.S.C. §3553(a)(2)(D).

Hon. Eric R. Komitee
United States District Judge
January 4, 2024
Page 16

### CONCLUSION

  For all of the foregoing reasons, Mr. Sterling should be sentenced to the mandatory minimum term of imprisonment and supervised release.  As to the term of imprisonment, Mr. Sterling should also be credited with the 21 months he served in detention on the false murder charges (PSR at ¶29), which has not been credited to any other conviction.

          Respectfully submitted,

          James M. Branden

Encs.

# EXHIBIT A

# EXHIBIT B



EXHIBIT C



EXHIBIT D

# EXHIBIT E

**EXHIBIT F**



**EXHIBIT G**



# EXHIBIT H

# *Certificate of Achievement*

## Federal Bureau of Prisons

F.C.I. Fort Dix, NJ



This certifies that

*Mr. Franklyn Sterling 67501-050*

has successfully completed the

Drug Education Group

this 21st day of October, 2016

J. Wilk, DTS

# EXHIBIT I

The Administrative and Clinical Staff of

# TRI Center, Incorporated

Certify to all that

## FRANKLYN STERLING

Has Fulfilled the Requirements of
His 90 Day Evaluation



Hannah Fleckenstein, LMSW
Primary Counselor

9/27/19
Date of Completion of 90 Day Evaluation

William Szewczuk
Clinical Director

**EXHIBIT J**





# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

This certificate is presented to

## *Franklyn Sterling*

### Conflict Resolution

*Adult Continuing Education Program provided by the*
*Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado- Education Specialist
April 16, 2023



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

This certificate is presented to

## *Franklyn Sterling*

### Business Ethics
*Corporate Skills Training Program provided by the*
*Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado- Education Specialist
March 31, 2023



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

*Franklyn Sterling*

## Commercial Driver License Course
*Adult Continuing Education Curriculum*

*A. DeVastey*

**A. DeVastey - Teacher**
**March 14th , 2023**

# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

This certificate is presented to

## *Franklyn Sterling*

### Leadership & Influence
*Corporate Skills Training Program provided by the*
*Education Department at MDC Brooklyn*

*A. Delgado*

**A. Delgado- Education Specialist**
**November 4, 2023**

# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

This certificate is presented to

*Franklyn Sterling*

**Developing Creativity**
***Corporate Skills Training Program provided by the
Education Department at MDC Brooklyn***

*A. Delgado*

**A. Delgado- Education Specialist**
**October 28, 2023**



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

This certificate is presented to

## *Franklyn Sterling*

**Entrereneurship**

*Corporate Skills Training Program provided by the Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado- Education Specialist
**October 28, 2023**

# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

This certificate is presented to

### *Franklyn Sterling*

**Time Management**
*Corporate Skills Training Program provided by the*
*Education Department at MDC Brooklyn*

*A. Delgado*

**A. Delgado- Education Specialist**
**October 21, 2023**





# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

This certificate is presented to

*Franklyn Sterling*

**Marketing Basics**
*Corporate Skills Training Program provided by the*
*Education Department at MDC Brooklyn*

*A. Delgado*

**A. Delgado- Education Specialist**
**October 21, 2023**

# EXHIBIT K

**JUNIOR GARCIA**

Honorable Eric Komitee
United States District Judge
United States Courthouse
Cadman Plaza East
Brooklyn, NY 11201

Re: <u>US vs. Franklyn Sterling, No. 22 Cr 247</u>

Dear Judge Komitee:

This letter is being submitted on behalf of Mr. Franklyn Sterling, an individual I have known for over 20 years as a friend and an employee. I am very aware that Mr. Sterling was recently convicted before Your Honor, and without keen knowledge of the trial evidence against him, I am pleased to say Your Honor should not allow such evidence to define Mr. Sterling's character.

Mr. Sterling is an exceptional dad, husband, neighbor, friend, employee and philanthropist. As a friend, there is nothing too great that he wouldn't do to assist me and my family. His family values contributed a great deal to my life and family. Mr. Sterling was also a trustworthy employee at my company, one that I can always depend on to get quality work performance.

He is a people person with great skills and people personality. I was shocked when I heard of his arrest, but was even more disappointed when he asked me to be a character witness at his trial, and to aid his defense regarding a video footage on a phone in which I was present, dancing, but his trial attorney did not reach out to me.

My company vehicle (truck) is used yearly by Mr. Sterling for community events he arranged to support for the less fortunate. Mr. Sterling organized holiday treats by giving needy families food and clothing supplies - something our community representatives show no concern in doing.

I remember a time when Mr. Sterling was falsely, arrested and accused of committing murder. After the charges were dismissed, the entire ordeal had a significant impact on Mr. Sterling. There were times he would call me 2-3 times before morning light complaining that he could not sleep. This mental and emotional difficulty in his life made our friendship bond stronger, and it's during this time I suggested that Mr. Sterling come and work at my construction company. He had been my employee for three years and if the Court grants him leniency and he obtains early release, it is my greatest honor to employ him again and restore him to his position.

The entire community loves him, especially the kids. Thus, if Your Honor decides to express mercy to a defendant I know there will be no disappointments if such is granted to Mr. Sterling. I do pray mercy and compassion is granted when he appears for sentencing, because he is an asset to our community.

appeared before
me on August 2, 2023

*Mayra & Jult*

Sincerely *Balgarcia*

Junior Garcia (929) 500 4476

Mayra E. Zaleta
Notary Public, State of New York
No. 01ZU6208461
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 06, 2025

**EXHIBIT L**

To: Honorable Eric Komitee

From: Supporting Community

Re: Franklyn Sterling


This is submitted on behalf of Mr. Sterling to provide Your Honor with insight of the selfless goodwill activities that Mr. Sterling contributed to our community and most importantly for our children:

1. Mr. Sterling organized and prompted yearly block parties for the kids and adolescents that helped to break down barriers and maintain peace in the neighborhood.

2. Mr. Sterling frequently organized Barbecues, which events he encouraged the older folks to participate in to dissuade drug peddling and violence in the neighborhood.

3. Every Thanksgiving and Christmas, Mr. Sterling visits homeless shelters and passes out clothing, shoes and home cooked meals.

4. Mr. Sterling is a great asset to our community and his incarceration has robbed the youths who looked up to him as their mentor and for hope.

5. The undersigned appeal to Your Honor for mercy and leniency on behalf of Mr. Sterling. Your Honor has broad discretion to impose a "lenient sentence which will still preserve the neighborhood children's hope which Mr. Sterling gave them. His good deeds and love for the youths steered many of them from the gang lifestyle, but most importantly, from the grave. As community members, we can collectively say some of our sons, daughters, nieces, nephews and grandchildren, are alive and doing well today due to Mr. Sterling's selfless commitment to them.

Mr. Sterling is more than an asset, something that the case files or investigation reports would never show. And of most significance, the younger generation listens to him, something that many parents have difficulty achieving with their own children.

Appeared before
me on August 2, 2023

Mayra E. Yuut

Mayra E. Zulete
Notary Public, State of New York
No. 01ZU6208461
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 06, 2025

Youana Dolphy

Name: Felix Humberto Samuos  Signature: 

Relationship: Neighbor

Name: Michael Stephens  Signature: 

Relationship: Friend

Name: Kevin Browne  Signature: 

Relationship: Friend

Name: Ana Rosario  Signature: Ana Ro...

Relationship: Friend

Name: Roberto Jose  Signature: 

Relationship: amigo

Name: REINALDO CARTIE  Signature: 

Relationship: HERMANO (1000 $) RC

Name: Francy  Signature: 

Relationship: friend

Name: Hunmar  Signature: 

Relationship: friend

Name: PIERRE Micker  Signature: 

Relationship: Tra n u vj

Page 3

Name [illegible]                     Signature [illegible]
Relationship Friends

Name Marjorie Clue          Signature Marjorie Clue
Relationship Friends

Name Soto Diomedes          Signature Soto Diomedes
Relationship FRIENDS

Name Carlos                         Signature [illegible]
Relationship Friends

Name Eddy A. [illegible]     Signature [illegible]
Relationship F.Riend.

Name Maria Cefaldi            Signature Maria C
Relationship friends

Name Sabree Peña              Signature [illegible]
Relationship Frieds

Name Juan guzman            Signature JG
Relationship Friends

Name: Marilay Ortiz           Signature [illegible]
Relationship Friends.

Name Vianca Sanchez       Signature Vianca S
Relationship friends

Name Jimmy Pierre            Signature [illegible]
Relationship friends

Name _____

Relationship Friend

Name Vanessa Ramos

Relationship Friend

Signature Vanessa de Ramos

Name Antonio Almanzar

Relationship FRIEND

Signature _____

Name Judelka Almanzar

Relationship Friend

Signature Almanzar

Name Claudina James

Relationship FRiend

Signature Claudina James

Name Ricenda H.Z.

Relationship Friend

Signature _____

Name MAYRA Zuleta

Relationship Friend

Signature _____

Name Tania Zuleta

Relationship Friend

Signature _____

Name ROGER Blackman

Relationship Friend

Signature _____

Name _A. Hurley_     Signature _A. Idule_

Relationship _Cousin_

Name: _Derck Dirham_     Signature _Derek Durha_

Relationship: _Brother_ ♡

Name: _Georgia Betton_     Signature _Betton_

Relationship: _Friend_

Name: _MARCELO ESPINAL_     Signature _____

Relationship: _Frien_

Name: _Dilcia Fajardo_     Signature: _____

Relationship: _friend_

Name: _Marci mercedes_     Signature _____

Relationship: _friends_

Name Michelle Garrido    Signature

Relationship friend


Name Edwin Rojas    Signature Edwin

Relationship friend


Name VALentin - P. Ferguson-Adams    Signature Valentin P Ferguson

Relationship Friend


Name Virgilio Mancey    Signature STT Mbogomeri

Relationship ANTIGO


Name Alexander Elicer    Signature Alexander Elicer

Relationship Friend


Name Damain Van Tull    Signature D. Van tull

Relationship Friend

Name: VIELKA MILLER          Signature _____

Relationship FRIEND

Name VICTOR MACIAS           Signature _____

Relationship AMIGO

Name Pier Zavala            Signature _____

Relationship Amigo.

Name: Kristal Franco        Signature _____

Relationship friend

Name: Latoya Williams       Signature _____

Relationship: Friend

Name: Junior Garcia         Signature: _____

Relationship: friend

Name _Wendy Wilson_ Sign _W_

Relationship _Friend_

Name _Jennifer Harris_ Sign _Jennifer Harris_

Relationship _Friend_

Name _NOEMY Mclean_ Sign _Noemy Mclean_

Relationship _Friend_

Name _____ Sign _ML._

Relationship _amigo_

Name _willy_ Sign _willy_

Relatioship _Friend_

Name _Sarai Cabrera_ Sign _Sarai Cabrera_

Relationship _Friends._

Name _____ Sign _____

Relationship _friend_

Name _Francy_ Sign _RKf_

Relationship _Amigo_

Name _ALBERTO_ Sign _Alf_

Relationship _Friend_

Name _Carlos_ Sign _Vf_

Relationship _amigo_

Name _Wayne Rodriguez_ Sign _Wayne Rodriguez_

Relationship _friend_

Name _Daniela Scuitto_ Sign _____

Relationship _____ _friend_