Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

EASTERN          District of NEW YORK

Caption:

UNITED STATES

v.

FRANKLYN STERLING

Docket No.: 22-247 (EK)

Hon. Eric R. Komitee
(District Court Judge)

Notice is hereby given that FRANKLYN STERLING appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other |_____

entered in this action on January 18, 2024 .
(date)                                                (specify)

This appeal concerns: Conviction only |___  Sentence only |___  Conviction & Sentence |✔  Other |___

Defendant found guilty by plea |    | trial |✔ | N/A |   .

Offense occurred after November 1, 1987? Yes |✔ No |    N/A |

Date of sentence: January 18, 2024          N/A |___

Bail/Jail Disposition: Committed |✔  Not committed |   | N/A |

Appellant is represented by counsel? Yes ✔ |No |   | If yes, provide the following information:

Defendant's Counsel: James M. Branden, Esq.

Counsel's Address: 80 Bay Street Landing, Suite 7J

Staten Island, New York 10301

Counsel's Phone: (212) 286-0173

Assistant U.S. Attorney: Gabriel Park/Joshua B. Dugan

AUSA's Address: 225 Cadman Plaza East

Brooklyn, NY 11201

AUSA's Phone: 718-254-7000 / 718-254-6099 (Park)

Signature